**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION and DUBLIN DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 APR -5  PM 3: 08

CLERK_____
SO. DIST OF GA.

IN RE:                                          )
                                                )
LEAVE OF ABSENCE REQUEST                        )  Case Nos.:
HENRY W. SYMS, JR.                              )      CR118-058, M. Martin, III
June 7, 2019 through June 10, 2019              )      CR118-081, M. Jones
and July 22, 2019 through July 24, 2019         )      CR118-070, J. Brown
                                                )      CR118-085, K. Morgan
                                                )      CR118-075, A. Curry
                                                )      CR119-006, D. Horton, Jr.
                                                )      CR119-045, D. Horton
                                                )
                                                )      CR318-012, M. Stephens,et. al.
                                                )      CR319-003, T. Linder, et. al.

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United

States of America in the above-cited cases on behalf of Assistant United States

Attorney Henry W. Syms, Jr. for the dates of June 7, 2019 through June 10, 2019 for

family vacation; and July 22, 2019 through July 24, 2019 to attend a prosecutorial

conference; same is hereby GRANTED.

This ___5ᵗʰ___ day of ___April___, 2019.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA